■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRYAN, Appellant.— Motion to appeal as a poor person and for other relief denied. We have heretofore denied this defendant an extension of time within which to perfect his appeal. The defendant now moves for leave as a poor person. In this posture of the case the relief cannot be granted because of the

prior decision. If the District Attorney would undertake to dismiss this appeal, the defendant would have an opportunity to present such evidence as he might have to show the appeal was timely taken.